PROB 12B  
(7/93)

Report Date: December 8, 2011

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Varsel Michael Jarnagin     Case Number: 2:05CR00126-021

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 11/16/2006     Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine and 500 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846 and 841(a)(1)

Date Supervision Commenced: 11/16/2011

Original Sentence: Prison - 96 Months; TSR - 60 Months     Date Supervision Expires: 11/15/2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17     You shall participate in a program of mental health treatment, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

## CAUSE

Mr. Jarnagin commenced his term of supervised release in the District of Idaho on November 16, 2011. The offender has resided in Coeur d'Alene, Idaho, since 1989. As a result, he is being supervised by U.S. Probation Officer Robert Urbaniak. The offender's assigned officer is requesting a modification of his conditions, to include a requirement for Mr. Janagin to participate in mental health counseling. Varsel Jarnagin informed his assigned officer that he is currently taking prescribed medication for depression.

Attached is a waiver of hearing to modify conditions of supervised release. It has been signed by the offender and the U.S. probation officer. Should you have any questions or concerns, please contact the undersigned officer.

Prob 12B

**Re: Jarnagin, Varsel Michael**
**December 8, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/08/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/9/11
Date

(Rev. 09/10)

# UNITED STATES DISTRICT COURT
## District of Idaho

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

U.S. v.  Varsel Jarnagin                      Dkt. No.: 0976 2:05CR00126-021

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

You shall participate in a program of mental health treatment, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

Robert L. Urbaniak
U.S. Probation Officer

Varsel Jarnagin
Probationer or Supervised Releasee

11-29-11
Date