# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VARSEL MICHAEL JARNAGIN,<br><br>    Defendant. | NO. CR-05-126-RHW-21<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 1533. A hearing on the motion was held on December 19, 2013, in Spokane, Washington. Defendant was present and represented by Peter Schweda. The Government was represented by Russell Smoot. This order memorializes the Court's oral ruling.

**Accordingly, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, ECF No. 1533, is **GRANTED**.

2. The term of Defendant's supervised release is **reduced** from sixty (60) months to **thirty (30) months**. All other terms and conditions of supervised release remain in effect.

///
///
///
///

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide a copy to counsel and U.S. Probation.

**DATED** this 23rd day of December, 2013.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Court

Q:\RHW\aCRIMINAL\2005\05-126\Jarnagin\reducesvr.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2**